WHEELER, executor, *et al. v.* GASS, administrator.

FISH, C. J. There was no complaint that any error of law was committed on the trial. There was evidence to authorize the verdict. The witness making the affidavit as to the alleged newly discovered evidence made a second affidavit wherein the material statements made in the first were repudiated. The court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*
APRIL 23, 1914.

Complaint. Before Judge Fite. Dade superior court. February 3, 1913.

*W. U. Jacoway, J. P. Jacoway,* and *H. P. Lumpkin,* for plaintiffs in error.
*Maddox, McCamy & Shumate* and *W. H. Payne,* contra.